DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 452P12 | American Towers, Inc. v. Town of Morrisville | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA11-1455)<br><br>2. PCIA – The Wireless Infrastructure Association's Motion for Leave to File *Amicus* Brief | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Beasley, J., Recused** |
|---|---|---|---|
| 460A12 | John Conner Construction, Inc., R&G Construction Company, and Eggers Construction Company, Inc. v. Grandfather Holding Company, LLC and Mountain Community Bank, a Branch of Carter County Bank | Def's (Mountain Community Bank) Motion to Strike Reply Brief | Dismissed as Moot<br><br><br><br>**Beasley, J., Recused** |
| 496P12 | State v. Samuel Francis White | Def's *Pro Se* Motion for PDR (COAP12-891) | Dismissed |
| 497P12-2 | State v. Jay Mikal Brooks-Bey | Def's *Pro Se* Motion for NOA (COAP12-994) | Dismissed *Ex Mero Motu* |
| 499P12 | State v. Wayne Anthony Huss | 1. State's Motion for Temporary Stay (COA12-250)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/10/12**<br><br>2. Allowed<br><br>3. Allowed<br><br>**Beasley, J., Recused** |
| 501P12 | State v. Jerry Wade Grice | 1. State's Motion for Temporary Stay (COA12-577)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/10/12**<br><br>2. Allowed<br><br>3. Allowed |
| 511P12 | Marty L. Sellers, Employee v. McArthur Supply, Employer; Penn National Claims, Carrier | 1. Defs' Motion for Temporary Stay (COA12-700)<br><br>2. Defs' Petition for *Writ of Supersedeas*<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/13/12** Dissolved the Stay **06/12/13**<br><br>2. Denied<br><br>3. Denied |